■ In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Laurie Joan Levinberg, Admitted on March 16, 1981, at a Term of the Appellate Division, First Department. [713 NYS2d 466] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Williams, J. P., Ellerin, Wallach, Rubin and Buckley, JJ. [See, 247 AD2d 158.]

■ In the Matter of Kenneth Linn, a Suspended Attorney. [— NYS2d —] —Motion to confirm the Determination of the Hearing Panel granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Rosenberger, J. P., Williams, Mazzarelli, Wallach and Lerner, JJ.